6

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | KATHERINE B. DOWLING (CABN 220767)<br>Assistant United States Attorney |
| 5 | |

**FILED**

FEB 2 6 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

6   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
7   Telephone:   (415) 436-6833
    Facsimile:   (415) 436-7234
    Katherine.Dowling@usdoj.gov
8

9   Attorneys for Plaintiff

10

11                     UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15   UNITED STATES OF AMERICA,        )   CR No. 08-70879 EMC
                                      )
16          Plaintiff,                )   STIPULATION AND [PROPOSED] ORDER
                                      )   WAIVING TIME UNDER FED. R. CRIM. P.
17      v.                            )   5.1 and EXCLUDING TIME UNDER 18
                                      )   U.S.C. § 3161
18   MARIO JUAREZ,                    )
                                      )
19                                    )
            Defendant.                )
20   _____      )

21

22       This is the third request to extend the time for the preliminary hearing under Federal Rule

23   of Criminal Procedure 5.1,  to extend the 30-day time period for indictment and exclude time

24   under the Speedy Trial Act. On January 7, 2009, at the detention hearing in this matter, the

25   parties initially requested an extension until January 30, 2009.

26       The parties now request a further extension until March 31, 2009. With the agreement of the

27   parties the Court enters this order setting a new preliminary hearing date of March 31, 2009 at

28

STIP. & [PROPOSED] ORDER
CR 08-70879 EMC                                                                    1

1   9:30 a.m. before the duty magistrate judge, extending the time for the preliminary hearing under

2   Federal Rule of Criminal Procedure 5.1, extending the 30-day time period for indictment and

3   excluding time under the Speedy Trial Act from February 27, 2009 to March 31, 2009. The

4   parties agree, and the Court finds and holds, as follows:

5       1. The production and review of discovery is currently ongoing. Only after evaluating the

6   evidence will counsel be in a position to evaluate any disposition. Counsel believes it is in her

7   client's best interest to negotiate the case pre-indictment, and she cannot do that without

8   evaluating the evidence.

9       2. Taking into account the public interest in the prompt disposition of criminal cases, the

10   parties agree, and the Court holds, that these grounds are good cause for further extending the

11   time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and extending

12   the 30-day time period for indictment.

13       3. Failure to grant an exclusion of time for the requested continuance would deny counsel for

14   defendant the reasonable time necessary for effective preparation of counsel. 18 U.S.C. §

15   3161(h)(8)(B)(iv). Therefore, the Court finds that a further exclusion of time from February 27,

16   2009 to March 31, 2009, is warranted because the ends of justice served by the exclusion of time

17   outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

18   3161(h)(8)(A).

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

STIP. & [PROPOSED] ORDER
CR 08-70879 EMC                                                                              2

**1**      4. Accordingly, and with the consent of the defendant, the Court (1) vacates the February 27,

**2** 2009 preliminary hearing date and sets a preliminary hearing date before the duty magistrate

**3** judge on March 31, 2009 at 9:30 a.m., and (2) orders that the period from February 27, 2009 to

**4** March 31, 2009, be excluded from the time period for preliminary hearings under Federal Rule

**5** of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. §

**6** 3161(h)(8)(A) & (B)(iv).

**7**

**8** STIPULATED:

**9**

**10** DATED:_____            /s
                                     RITA BOSWORTH

**11**                                      Attorney for Mario Juarez

**12** DATED:_____            /s
                                     KATHERINE DOWLING

**13**                                      Assistant United States Attorney

**14** IT IS SO ORDERED.

**15** DATED:

**16**                          HON. MARIA ELENA JAMES
                         United States Magistrate Judge

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

STIP. & [PROPOSED] ORDER
CR 08-70879 EMC            3